UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMMANUELLA A. TUCKER,

               Plaintiff,

      -against-

AMERICAN HONDA FINANCE
CORPORATION, ACURA FINANCIAL
SERVICES, PARAGON HONDAI, AND
PARAGON HONDA,

               Defendants.

26-CV-0615 (LLS)

ORDER OF DISMISSAL

LOUIS L. STANTON, United States District Judge:

By order dated February 4, 2026, the Court directed Plaintiff to file an amended pleading within 60 days. That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not filed an amended pleading. Accordingly, the complaint, filed *in forma pauperis* ("IFP") under 28 U.S.C. § 1915(a)(1), is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

The Court directs the Clerk of Court to enter a civil judgment in this action.

SO ORDERED.

Dated:   April 21, 2026
        New York, New York

                              _Louis L. Stanton_
                                  Louis L. Stanton
                                    U.S.D.J.