UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMMANUELLA A. TUCKER,<br><br>     Plaintiff,<br><br>   -against-<br><br>AMERICAN HONDA FINANCE CORPORATION, ACURA FINANCIAL SERVICES, PARAGON HONDAI, AND PARAGON HONDA.,<br><br>     Defendant. | 26 CIVIL 00615 (LLS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the April 21, 2026, order, this action is dismissed.

Accordingly, the complaint, filed in forma pauperis ("IFP") under 28 U.S.C. § 1915(a)(1), is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

   SO ORDERED.

Dated: April 22, 2026

   New York, New York

            /s/ Louis L. Stanton
            LOUIS L. STANTON
          United States District Judge